No. 780, Misc. HATFIELD *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Petition for writ of certiorari and for other relief denied.

No. 1018, Misc. October Term, 1965. NIELSEN *v.* NEBRASKA STATE BAR ASSOCIATION, 383 U. S. 105, 954. Motion for leave to file second petition for rehearing denied.

No. 174. SULE *v.* MISSOURI PACIFIC RAILROAD CO. ET AL., *ante,* p. 819; and

No. 388. KING *v.* VICO INSURANCE CO. OF ST. LOUIS, *ante,* p. 841. Motions for joint consideration with other cases denied. Petitions for rehearing denied.

No. 127, Misc. ORTIZ *v.* UNITED STATES, *ante,* p. 861. Motion for leave to file petition for rehearing denied.